16. Legal

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

JAN 06 2020

SENTENCE BY A PERSON IN FEDERAL CUSTODY

56

MITCHELL R. ELFERS
CLERK

| United States District Court | District NEW MEXICO |
|---|---|
| Name (Under which you were convicted): Cordny Henry | Docket or Case No. CR 16-1097 JCH |
| Place of Confinement: **F.C.I. Mendota** | Prisoner No. 53187048 |
| UNITED STATES OF AMERICA | Movant (Include name under which convicted) |
| v. | Cordny Henry |

## Motion

1.  (a) Name and location of court that entered the judgment of conviction you are
    challenging: _New Mexico District Court_
    (b) Criminal docket or case number (if you know): _CR 16-1097_

2.  (a) Date of the judgment of conviction (if you know): _1-22-19_
    (b) Date of sentencing: _1-22-19_

3.  Length of sentence: _240 months_

4.  Nature of crime (all counts)
    A) Sex Trafficking
    B) Transportation

5.  (a) What was your plea? (check one)
        (1) Not guilty [ ]    (2) Guilty [X]    (3) Nolo contendere (no contest) [ ]
    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    indictment, what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)    Jury [X]  Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [ ]  No [X]

16. Legal                                                                                                                            Page 2

8.  Did you appeal from the judgment of conviction?                  Yes [ ]  No [X]

9.  If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket of case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?     Yes [ ]  No [X]

If "yes," answer the following

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation of the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes [ ]          No [X]

11. If your answer to question 10 was "yes," give the following information:

(a)     (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

16. Legal

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes [ ]        No [X]

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:_____

(2) Docket or case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes [ ]        No [X]

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:        Yes [ ]        No [ ]

    (2) Second petition:        Yes [ ]        No [ ]

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

_____

16. Legal

Page 4

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** MY Lawyer Lied about my Defense Strategy _____

_____

(a) Supporting <u>facts</u> do not argue or cite law. Just state the specific facts that support your claim.):

# 112 on my Docket Sheet was IS everything I was Told was going to be my Defense I would have Never went to Trial

I was Told I had a solid defense but was Never Told that the defense was based on Motions that had to be granted until 2 weeks Before Trial which they were denied leaving Me with an unsensible defense and a supeeseeding Indictment which force me to Plea out Now with more Years to do

(b) **Direct Appeal of Ground One:**

(1) if you appeal from judgment of conviction, did you raise this issue?

Yes [ ]          No [X]

(2) if you did not raise this issue in your direct appeal, explain why: I didn't go thru with Trial _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes [X]          No [ ]

(2) If your answer to question (c)(1) is "yes," State

Type of motion or petition: This One  28 U.S.C. 2255

Name and location of the court where the motion or petition was filed: _____

New Mexico _____

Docket or case number (if you know): CR 16-1097 JCH

Date of court's decision: _____

Result (attach a copy of the court's opinion of order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes [ ]          No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes [ ]   No [ ]

(5) If your answer to question (c)(4) is "yes," did you raise this issue in the appeal?

  Yes [ ]   No [ ]

(6) If your answer to (c) (4) is "yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know):_____

Date of the court's decision: _____

Result (attach a copy of the court's opinion, if available):_____

_____

_____

(7) If your answer to question (c)(4) or question (c)(5) is "no," explain why you did not appeal or

raise this issue:_____

_____

_____

_____

_____

**GROUND TWO:**

LACK OF PRivate Investigation

_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was Incarcerated foR Nearly Three Years before the date of my Trial however P only Seen my PRivate Investigator twice he Never Investigated anything on my behalf No witness, hotel employees and P was going to TRial

(b) **Direct Appeal of Ground Two:**

(1) If you appeal from judgment of conviction, did you raise this issue?

  Yes  [ ] No [ ]

(2) if you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings**:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes [ ]          No [ ]

(2) If your answer to question (c)(1) is "yes," State

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes [ ]          No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?

Yes [ ]          No [ ]

(5) If your answer to question (c)(4) is "yes," did you raise this issue in the appeal?

Yes [ ]          No [ ]

(6) If your answer to (c)(4) is "yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion, if available):_____

_____

_____

(7) If your answer to question (c)(4) or question (c)(5) is "no," explain why you did not appeal or

raise this issue:_____

_____

_____

_____

_____

**GROUND THREE** <u>Lack of witness Testimony</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim:

Juanita williams my co-defendent turned Federal witness Made to different debriefing statements However my Lawyer Never Made them avaliable to me As prepaking For Trial I Never about the second debriefing until 3 weeks before Trial after my second superseding which added more Time to my charges

(b) **Direct Appeal of Ground Three**:

(1) If you appeal from judgment of conviction, did you raise this issue?

Yes [ ]          No [ ]

(2) if you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings**:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes [ ]          No [ ]

(2) If your answer to question (c)(1) is "yes," State

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

     Yes [ ]        No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?

     Yes [ ]        No [ ]

(5) If your answer to question (c)(4) is "yes," did you raise this issue in the appeal?

     Yes [ ]        No [ ]

(6) If your answer to (c)(4) is "yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion, if available): _____

_____

_____

(7) If your answer to question (c)(4) or question (c)(5) is "no," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR**: <u>Ineffective assistance of Counsel</u>

_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ____

I was Tricked into proceeding with Trial
being told I had a solid defense but
was never told it was all based on Motions
which were denied a couple day's before Trial
making it hard to recouperate after getting another
Charged Indictment forcing me to plea to years
added.

(b) **Direct Appeal of Ground Four**:

(1) If you appeal from judgment of conviction, did you raise this issue?

     Yes [ ]        No [ ]

(2) if you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes [  ]          No [  ]

(2) If your answer to question (c) (1) is "yes," State

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion of order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes [  ]          No [  ]

(4) Did you appeal from the denial of your motion, petition, or application?

Yes [  ]          No [  ]

(5) If your answer to question (c)(4) is "yes," did you raise this issue in the appeal?

Yes [  ]          No [  ]

(6) If your answer to (c)(4) is "yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion, if available): _____

_____

_____

(7) If your answer to question (c)(4) or question (c)(5) is "no," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If

so, which ground or grounds have not been presented, and state your reasons for not presenting

them: _____

_____

_____

_____

_____

_____

14. Do you have any motions, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court
    for the judgment you are challenging?        Yes [ ]        No [A]
    If "yes," state the name and location of the court, the docket number, the type of proceeding, and
    the issues raised._____

    _____

    _____

15. Give the name and address, if known, of each attorney who represented you in the following
    stages of the judgment you are challenging:
    (a) At preliminary hearing: Kenneth Gleria
    1008 5th st NW  Albuquerque, NM 87102
    _____

    (b) At arraignment and plea:
    Kenneth Gleria
    _____

    (c) At trial: Kenneth Gleria
    _____

    (d) At sentencing:
    Kenneth Gleria
    _____

    (e) On appeal: _____

    _____

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in
    the same court and at the same time?        Yes [X]        No [ ]

16. Legal                                                                                           Page 11

17. Do you have any future sentence to serve after you complete the sentence for the judgment the you
    are challenging?            Yes [ ]            No [X]
    (a) If so, give name and location of the court that imposed the other sentence you will serve in
    the future: _____
    (b) Give the date that the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the
    judgment or sentence to be served in the future?        Yes [ ]            No [ ]

18. TIMELINESS OF MOTION: If your judgment if conviction became final over one year ago, you
    must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar
    your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. §
2255, paragraph 6, provides in part that:

> A one-year period of limitation shall apply to a motion under this section. The limitation
> period shall run from the latest of —
>> (1) The date on which the judgment of conviction became final;
>> (2) The date on which the impediment to making a motion created by
>> governmental action in violation of the Constitution of laws of the United States
>> is removed, if the Movant was prevented from making such a motion be such
>> governmental action;
>> (3) the date on which the right asserted was initially recognized by the Supreme
>> Court, if that right has been newly recognized be the Supreme Court and made
>> retroactively applicable to cases on collateral review; or
>> (4) the date on which the facts supporting the claims presented could have been
>> discovered through the exercise of due diligence.

**Therefore, Movant asks that the Court grant the following relief:**             **prays the court**

**will vacate the sentence and any other relief the court may deem appropriate under its equitable**

**authority**

_____

_____

or any other relief to which Movant may be entitled

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the forgoing is true and correct and

that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on

1 - 7 - 20        , (month date, and year).

Executed (signed) on _1 - 7-2 0_        (date).

_____

Movant

If the person signing is not Movant, state relationship to Movant and explain why Movant is not

signing this

motion._____

_____

_____

37. Legal

# UNITED STATES DISTRICT COURT
## DISTRICT OF New Mexico

U.S.A.
**Petitioner,**

V.

Cordny Heney,
**Respondents.**

Case No. _____
[Leave blank for court to fill in ]

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMINTATION AND ORDER**

I, Cordny Heney , declare that I am the **(check appropriate box)**

☐ Petitioner/Plaintiff          ☒ Movant (filing 28 U.S.C.§ motion )
☒ Respondent/Defendant          ☐ _____

In the above-entitled proceeding: that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1.  Are you presently employed?                                    ☐Yes ☒No
    a.  If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary).

    b.  If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession, or other form of self employment?    ☐ Yes ☒ No

    b.  Rent payments, interest or dividends?                      ☐ Yes ☒ No

    c.  Pensions, annuities or life insurance payments?            ☐ Yes ☒ No

    d.  Gifts or inheritances?                                     ☐ Yes ☒ No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking and savings accounts? (Include any funds in prison accounts). If the answer is "yes", state the total value of the items owned. ☐ Yes ☒ No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?       ☐ Yes ☒ No

If the answer is "yes", describe the property and state approximate value.

5. List the persons who are dependent upon your support, state your relation ship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on ___12 – 3 – 19___                              _Cody Henry_
                    (Date)                                           (Signature of Applicant)

---

**CERTIFICATE**
**(Prisoner Accounts Only)**

I certify that the applicant named herein has the sum of $ __68.05__ on his account to his credit at the __FCI Mendota__ Institution where he is currently confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __FCI Mendota__

I further certify that during the last six months the applicant's balance was $ __146.21 : last 6-month deposits $2,663.78__

Institution                    _m. Handy/md_, Case Manager        Authorized Officer of
                              Authorized by the Act of
**ORDER OF COURT** July 7, 1955, as amended, to
                     Administer Oaths (18 USC 4004)

_____ The application is hereby denied          _____ The application is hereby granted. Let the
                                                Applicant proceed without prepayment of cost
                                                Or fees or the necessity of giving security
therefor.

_____          _____
United States Judge or U.S. Magistrate Judge    Date          United States Judge or U.S. Magistrate Judge    Date

CORdAny # enry #53187048
FCI- Mendota
Federal correctional Institution
Mendota, CA 93640
Po Box #9

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 06 2020

MITCHELL R. ELFERS
CLERK

U.S. District court
District of New Mexico
Albuquerque, NM 87102

